UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEREY NOU,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-02573 AC<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a complaint December 20, 2019. ECF No. 1. On December 30, 2019, the court issued an order granting plaintiff leave to proceed in forma pauperis, and directing plaintiff to submit to the U.S. Marshals ("USM") all necessary documents to effectuate service on the defendant and notify the court of such submission, within 14 days. ECF No. 4. The deadline has passed, and the court has not been notified that plaintiff submitted the necessary information to the USM.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than January 29, 2020, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of notice that the USM has received the necessary service information will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: January 15, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE