McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| SEREY NOU, | No. 2:19-cv-02573-AC |
| Plaintiff, | JOINT STIPULATION FOR EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

1  The parties hereby stipulate, through their undersigned attorneys, that, subject to the
2  Court's approval, Defendant shall have an extension of time until September 9, 2020, in which to
3  file his answering brief, with all subsequent deadlines set forth in the Court's scheduling order
4  also extended accordingly. Defendant requests this extension because of his recent reassignment
5  of this case to new counsel and technical difficulties related to teleworking during the COVID-19
6  pandemic. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *August 6, 2020*           */s/ Kelsey Mackenzie Brown*
                                 KELSEY MACKENZIE BROWN
                                 Attorney for Plaintiff

Date: *August 6, 2020*           McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH L. STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                  */s/ Timothy R. Bolin*
                                 TIMOTHY R. BOLIN
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until September 9, 2020, to file his answering brief, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Date: August 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE