McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    200 West Adams Street, 30th Floor
    Chicago, Illinois 60606
    Telephone: (877) 800-7578 x 19117
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SEREY NOU, | Case No. 2:19-cv-02573-AC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical-source opinion evidence in accordance with the relevant agency regulations. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

-1-

|   |   |
|---|---|
| | Respectfully submitted, |

Date: *August 22, 2020*   MACKENZIE LEGAL, PLLC

By:   */s/ Asim H. Modi for Kelsey M. Brown\**
KELSEY M. BROWN
*\*Authorized by email on August 21, 2020*
Attorney for Plaintiff

Date: *August 22, 2020*   McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: *August 20, 2020*   _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE