McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    Harold Washington Social Security Center
    600 West Madison Street, 6th Floor
    Chicago, Illinois 60661
    (312) 596-1868
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SEREY NOU, | Case No. 2:19-cv-02573-AC |
| Plaintiff, | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND SIX HUNDRED DOLLARS ($7,600) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Kelsey Mackenzie

-1-

1   Brown.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S. Ct. 2521, 177 L.Ed.2d 91 (2010),
2   the ability to honor the assignment will depend on whether the fees are subject to any offset
3   allowed under the United States Department of the Treasury's Offset Program.  After the order
4   for EAJA fees is entered, the government will determine whether they are subject to any offset.
5       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
6   that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
7   expenses and costs to be made directly to Plaintiff's counsel, pursuant to the assignment
8   executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Kelsey
9   Mackenzie Brown.
10      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
11  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
12  EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
13  bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA
14  attorney fees in connection with this action.  This award is without prejudice to the rights of
15  Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to
16  the savings clause provisions of the EAJA.

Respectfully submitted,

Date: *December 3, 2020*              MACKENZIE LEGAL, PLLC

By:   */s/ Asim H. Modi for Kelsey Mackenzie Brown**
     KELSEY MACKENZIE BROWN
     *Authorized by email on December 3, 2020*
     Attorney for Plaintiff

Date: *December 3, 2020*              McGREGOR W. SCOTT
     United States Attorney
     DEBORAH LEE STACHEL
     Regional Chief Counsel, Region IX
     Social Security Administration

By:   */s/ Asim H. Modi*
     ASIM H. MODI
     Special Assistant United States Attorney
     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: _December 3, 2020_                       _____
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE